Samuel R. Randall (No. 024517)
**RANDALL LAW PLLC**
4742 N 24th Street, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 328-0262
srandall@randallslaw.com
*Attorney for Plaintiff*

C. Christine Burns #017108
**BURNSBARTON PLC**
2201 E. Camelback Rd., Suite 360
Phoenix, AZ 85016
Phone: (602) 753-4500
christine@burnsbarton.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Kahn,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>All Saints' Episcopal Church, an Arizona nonprofit corporation, dba All Saints' Episcopal Day School; and Andrew Cipriano, in his individual capacity; and the community of Andrew Cipriano and Teresa Cipriano, Husband and Wife,<br><br>　　　　　Defendants. | No. CV-20-00825-PHX-DWL<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Diane Kahn and Defendants All Saints' Episcopal Church dba All Saints' Episcopal Church and Day School and Andrew Cipriano and Teresa Cipriano, husband and wife (collectively, the "Parties"), hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), in consideration of a negotiated settlement executed by them, to the Dismissal

with Prejudice of this action, including all claims, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 15th day of July 2020.

**RANDALL LAW PLLC**

/s/ Samuel R. Randall
Samuel R. Randall
*Attorney for Plaintiff*

**BURNSBARTON PLC**

*/s/* C. Christine Burns (w/permission)
C. Christine Burns
*Attorneys for Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, this 15th day of July 2020, to:

C. Christine Burns #017108
**BURNSBARTON PLC**
2201 E. Camelback Rd., Suite 360
Phoenix, AZ 85016
christine@burnsbarton.com
*Attorney for Defendants*

/s/ Samuel R. Randall

- 2 -