# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Kahn,<br><br>        Plaintiff,<br><br>v.<br><br>All Saints Episcopal Church, et al.,<br><br>        Defendants. | No. CV-20-00825-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 14).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions are denied as moot.

Dated this 15th day of July, 2020.

Dominic W. Lanza
United States District Judge